UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
09-60765-CIV-JORDAN/McALILEY

**FERNANDO SANSON,**
   **Plaintiff,**

v.

**PRO CLEAN OF OAKLAND PARK, INC. &**
**ELI SALGADO,**
   **Defendants.**
_____/

## REPORT AND RECOMMENDATION

THIS MATTER came on before the Court upon the Order **[DE # 14]** of reference entered by the Honorable Adalberto Jordan on September 28, 2009. In the Order, Judge Jordan referred the parties to a settlement conference with the undersigned. This matter involves claims made under the Fair Labor Standards Act ("FLSA") among other claims.

On December 22, 2009, the undersigned held a settlement conference in this case pursuant to said Order of reference. Plaintiff was present and he was represented by counsel during the settlement conference. Individual Defendant Eli Salgado was also present during the settlement conference.

These parties reached an agreement during the settlement conference. These parties signed a confidential settlement agreement (the "Settlement Agreement") at the conclusion of the conference. These parties provided the undersigned with a copy of the executed Settlement Agreement. The undersigned has reviewed the parties' Settlement Agreement and makes the following findings of fact and recommendations:

  1.  The Settlement Agreement reached by the parties is fair and reasonable. The Settlement Agreement represents a reasonable compromise of the issues between the parties.

2. The undersigned hereby recommends to the Court that it approve the Settlement Agreement.

Respectfully submitted this __22__ day of December, 2009.

_____
PETER R. PALERMO
SR. UNITED STATES MAGISTRATE JUDGE


Copies furnished to:

Honorable Judge Chris McAliley
All Counsel of Record