UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-60765-CIV-JORDAN

| | |
|---|---|
| FERNANDO SANSON, | ) |
| Plaintiff | ) ) |
| vs. | ) |
| ELI SALGADO, | ) ) |
| Defendant | ) ) |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING CASE**

Upon *de novo* review of the record, I adopt Magistrate Judge Palermo's report and recommendation [D.E. 37] and find that the parties reached a fair and reasonable settlement agreement. This case is DISMISSED WITHOUT PREJUDICE, each party to bear its own costs and fees.

This dismissal may be converted into one with prejudice if the parties file a stipulation so indicating by no later than August 31, 2010. I will retain jurisdiction through August 6, 2010, to enforce the settlement agreement.

All pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 15th day of January, 2010.

*Adalberto Jordan*
Adalberto Jordan
United States District Judge

Copy to:   All counsel of record

Eli Salgado, *pro se*
423 E. Oakland Park Boulevard
Oakland Park, FL 33334